UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**HUNTER DWAIN DILLON,**
    Plaintiff,

Case Nos:    5:25-cv-195-MMH-PRL
                5:25-cv-227-MMH-PRL

**v.**

**PHOENIX HOUSE CITRA, FLORIDA,**
    Defendant.

_____/

## ORDER

Plaintiff Hunter Dwain Dillon initiated case number 5:25-cv-195-MMH-PRL on March 26, 2025, suing Phoenix House Citra, Florida for racial discrimination that he alleges occurred during his stay at the rehabilitation facility. Then, on April 9, 2025, Dillon filed a second action against Phoenix House Citra, Florida taking issue with the purportedly "reckless behavior" of its employees. (Case No. 5:25-cv-227-MMH-PRL). Because it appears that the parties, underlying facts, and legal issues are the same or similar in the two cases, Plaintiff shall show cause, in writing, to this Court on or before **May 9, 2025**, why the two cases should not be consolidated under Federal Rule of Civil Procedure 42(a) and Local Rule 1.07(b).

DONE and ORDERED in Ocala, Florida on April 24, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge